**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**MARY A. WALLACE**                                                                           **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 5:16-cv-00106-KS-MTP**

**WAL-MART STORES, INC.**                                                **DEFENDANT**

**UNOPPOSED MOTION FOR EXTENSION**

      **COME NOW** Wal-Mart Stores, Inc., improperly named as a party, and the proper Wal-Mart entity, Wal-Mart Stores East, LP ("Wal-Mart"), by and through counsel, and file this unopposed motion for the extension of its June 1, 2017 expert-designation deadline until July 3, 2017, as follows:

      1.     Wal-Mart's deadline to designate any expert(s) in this case is currently June 1, 2017. Remaining relevant deadlines are as follows:

            Discovery          August 1, 2017
            Motions            August 15, 2017
            Trial                   trial calendar of January 2-12, 2018

      2.     Wal-Mart hereby requests a thirty (30) day extension of its deadline to designate any expert(s), effectively making same July 3, 2017.

      3.     This request is not made for the purpose of delay and will not disturb any remaining deadlines. Additionally, the extension will not prejudice any party.

      4.     Counsel for Wal-Mart has conferred with counsel for Plaintiff, who does not object to the relief requested herein.

      **WHEREFORE, PREMISES CONSIDERED**, Wal-Mart respectfully asks the Court to extend its expert deadline until July 3, 2017.

This the 25th day of May, 2017.

**WAL-MART STORES, INC., and**
**WAL-MART STORES EAST, LP**

By: _s/ Dorissa S. Smith_
Thomas M. Louis (MSB #8484)
Dorissa S. Smith (MSB #104541)

**OF COUNSEL:**

**WELLS MARBLE & HURST, PLLC**
Post Office Box 131
Jackson, Mississippi  39205-0131
Telephone:     (601) 605-6900
Facsimile:     (601) 605-6901
tlouis@wellsmar.com
dsmith@wellsmarble.com

## CERTIFICATE OF SERVICE

I, Dorissa S. Smith, hereby certify that a copy of this document was filed using the court's ECF system, which should have automatically emailed a copy to:

Leann Slipher
P. O. Drawer 587
McComb, MS 39649

Dated this the 25th day of May, 2017.

_s/ Dorissa S. Smith_
Dorissa S. Smith