IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARY A. WALLACE            PLAINTIFF

v.            CIVIL ACTION NO. 5:16-CV-106-KS-MTP

WAL-MART STORES, INC.            DEFENDANT

## ORDER

On August 15, 2017, Defendant filed a Motion for Summary Judgment [25]. Plaintiff shall respond on or before **August 29, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendant wants to reply, it must do so on or before **September 5, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiff's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this __16th__ day of __August__, 2017.

           ___s/Keith Starrett_____
           UNITED STATES DISTRICT JUDGE